UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNST ETIENNE, and GUADALUPE BELLINI-ETIENNE, | )<br>)<br>) |
| Plaintiff, | ) 2:12-cv-0802-KJD-RJJ |
| vs. | )<br>) |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, HUD, | )<br>) O R D E R |
| Defendant, | )<br>) |

This matter is before the Court on an Applications to Proceed in District Court Without Prepaying Fees or Costs (#5 & #6).

The Court having reviewed the Applications(#5 & #6) and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for September 13, 2012, at 9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only the Plaintiffs, Ernst Etienne and Guadalupe Bellini-Etienne, are required to appear in Court for this hearing. Plaintiffs are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiffs by certified mail, return receipt requested.

DATED this   15th   day of August, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge