1
2
3
4                          UNITED STATES DISTRICT COURT
5                                DISTRICT OF NEVADA
6                                      * * *
7    ERNST ETIENNE, and GUADALUPE          )
     BELLINI-ETIENNE,                       )
8                                           )
                    Plaintiff,              )        2:12-cv-0802-KJD-RJJ
9                                           )
     vs.                                    )
10                                          )
     SOUTHERN NEVADA REGIONAL               )
11   HOUSING AUTHORITY, HUD,                )        O R D E R
                                            )
12                  Defendant,              )
     _____)
13
14           This matter is before the Court on an Applications to Proceed in District Court Without

15   Prepaying Fees or Costs (#5 & #6).

16           The Court having reviewed the Applications(#5 & #6) and good cause appearing

17   therefore,

18           IT IS HEREBY ORDERED that a status hearing is scheduled for September 13, 2012, at

19   9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20   Blvd. So., Las Vegas, Nevada.

21           IT IS FURTHER ORDERED that only the Plaintiffs, Ernst Etienne and Guadalupe

22   Bellini-Etienne, are required to appear in Court for this hearing. Plaintiffs are advised that failure

23   to appear for this hearing may result in a recommendation that this case be dismissed.

24           IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiffs by certified mail, return receipt requested.

26           DATED this  15th  day of August, 2012.

27
28                                          _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge