# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERNST ETIENNE, *et al.*,

    Plaintiffs,

v.

SOUTHERN NV REGIONAL HOUSING AUTHORITY,

    Defendant.

Case No. 2:12-CV-00802-KJD-NJK

**ORDER**

    Plaintiffs' Complaint (#12) was filed September 13, 2012.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendant expired January 11, 2013.  However, Plaintiffs have not yet filed proof of service, or taken any action of record since the extension was granted.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including February 11, 2013 to file proof of service of the summons and complaint within the allowed time.  If Plaintiffs fail to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 28th day of January 2013.

_____
Kent J. Dawson
United States District Judge